UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEVERLY GOOCH,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>AMERICAN EAGLE AIRLINES, INC., a foreign corporation, and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | Case No. 13 CV 2272 CAS (AFMx)<br><br>**[~~PROPOSED~~] JUDGMENT**<br><br>Judge:　Hon. Christina A. Snyder |

## [~~PROPOSED~~] JUDGMENT

WHEREFORE, on October 6, 2014, the Court dismissed with prejudice Plaintiff Beverly Gooch's ("Plaintiff") claims for hostile work environment under Title VII, intentional infliction of emotional distress, retaliation in violation of public policy, and concealment. Dkt. 69. On August 19, 2015, plaintiff voluntarily dismissed her claim for negligent infliction of emotional distress. Dkt. 85. On February 10, 2016, the Court granted summary judgment in favor of Defendant American Eagle Airlines, Inc. ("Defendant") on Plaintiff's remaining claims for discrimination in violation of the ADEA and retaliation in violation of the ADEA. Dkt. 113. As such, Plaintiff has no remaining claims for relief in this action.

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 28658523.1

PROPOSED JUDGMENT
13 CV 2272 CAS (AFMx)

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED AS FOLLOWS:**

Judgment is entered in favor of Defendant American Eagle Airlines, Inc. and against Plaintiff Beverly Gooch. Plaintiff shall take nothing as a result of her claims for relief, all of Plaintiff's claims for relief shall be dismissed with prejudice, and Defendant shall recover its costs.

DATED: March 8, 2016

*/s/ Christina A. Snyder*
_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 28658523.1

2

PROPOSED JUDGMENT
13 CV 2272 CAS (AFMx)